**220**

UNITED STATES of America,
Plaintiff-Appellee,

v.

George Thomas CABEL, a/k/a
PY, Defendant-Appellant.

No. 16-7166

United States Court of Appeals,
Fourth Circuit.

Submitted: December 15, 2016

Decided: December 20, 2016

George Thomas Cabel, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Thomas Cabel appeals from the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cabel, No. 1:97-cr-00173-TDS-1 (M.D.N.C. Aug. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the district court granted Cabel's § 3582(c)(2) motion, the reduction granted by

the court did not reduce Cabel's sentence to the full extent he requested.